**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| RONALDO V., | : | Case No. 1:25-cv-747 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| PAMELA BONDI, et al., | : | |
| | : | |
| Respondents. | : | |

---

### ORDER REGARDING GENERAL ORDER 25-04

---

This matter is before the Court sua sponte. Effective October 29, 2025, United States District Court for the Southern District of Ohio General Order 25-04, as amended, ordered that "all civil litigation involving as a party the United States of America, its agencies, its officers or employees . . . is immediately suspended, postponed, and held in abeyance continuing for a period of fourteen (14) days from October 29, 2025." Habeas corpus cases pending or filed under Chapter 153 of Title 28 are expressly exempted from the amended General Order. Thus, the instant case is not stayed and remains active.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND