**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| RONALDO VELASQUEZ BARTOLON, | : | Case No. 1:25-cv-747 |
| | : | |
| Petitioner, | : | |
| | : | Judge Matthew W. McFarland |
| v. | : | |
| | : | |
| PAM BONDI, et al., | : | |
| | : | |
| Respondents. | : | |

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| **Jury Verdict.** | | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:**

1) The Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE;
2) Respondent Kevin Grathwohl's Motion to Dismiss for Failure to State a Claim (Doc. 6) is DENIED AS MOOT;
3) Petitioner's Motion for Temporary Restraining Order (Doc. 15) is DENIED AS MOOT;and
4) This matter is TERMINATED from the Court's docket.

Dated:  December 18, 2025.                    Richard W. Nagel, Clerk of Court
                                      By: */s/ Kellie A. Fields*
                                          Deputy Clerk